# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER LAWRENCE GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON PRICE,<br><br>    Defendant. | Case No.: 1:22-cv-00016-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S DISCOVERY MOTION AS PREMATURE<br><br>(ECF No. 10) |

Plaintiff Dexter Lawrence Griffin is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's discovery motion, filed March 7, 2022.

Plaintiff's motion is difficult to decipher; however, to the extent he is seeking to conduct discovery pursuant to Federal Rule of Civil Procedure 45, his request must be denied.

As stated in the Court's first informational order, "[a]fter defendants' answers are filed, the Court will issue an order opening discovery and setting deadlines for completing discovery, amending the pleadings, and filing dispositive motions.  No discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin." (ECF No. 2, at 4.)  Because the Court has not yet opened discovery in this action, Plaintiff's current motion is denied as premature.

IT IS SO ORDERED.

Dated: __March 10, 2022__

                                           UNITED STATES MAGISTRATE JUDGE