# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER LAWRENCE GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON PRICE,<br><br>    Defendant. | Case No.: 1:22-cv-00016-JLT-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTION TO JANUARY 7, 2022 ORDER TO SUBMIT NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 11) |

Plaintiff Dexter Lawrence Griffin is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's objection to the Court's January 7, 2022 order. (ECF No. 11.)

On January 7, 2022, the Court directed Plaintiff to submit a non-prisoner application to proceed in forma pauperis or pay the $402.00 filing fee. (ECF No. 3.) On February 7, 2022, Plaintiff submitted the completed non-prisoner application to proceed in forma pauperis. (ECF No. 4.) Accordingly, on February 10, 2022, the Court granted Plaintiff's application to proceed in forma pauperis. (ECF No. 7.) Inasmuch as Plaintiff has been granted leave to proceed in forma pauperis, his present objections are overruled as moot.

IT IS SO ORDERED.

Dated:   **March 10, 2022**

UNITED STATES MAGISTRATE JUDGE

1