UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER LAWRENCE GRIFFIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON PRICE,<br><br>　　　　Defendant. | Case No.: 1:22-cv-00016 JLT SAB (PC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS AND THE DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. 9) |

　　　The magistrate judge observed that a civil action under Section 1983 was "not the appropriate avenue" for Plaintiff to challenge his commitment under California's Sexually Violent Predator Act. (Doc. 9 at 4, citing *Nelson v. Sandritter*, 351 F.2d 284, 285 (9th Cir. 1965).) Furthermore, the magistrate judge observed that a petition for "writ of habeas corpus is the specific and exclusive instrument to obtain release from unlawful confinement." (*Id.*, citing *Preiser v. Rodriguez*, 411 U.S. 475, 486, 500 (1973); *Nettles v. Grounds*, 830 F.3d 922, 929 (9th Cir. 2016).) Thus, the magistrate judge found Plaintiff failed to state a cognizable claim and recommended the action be dismissed without prejudice. (*Id.* at 5.)

　　　The Court granted Plaintiff 14 days to file objections to the findings and recommendations. (Doc. 9 at 5.) The Court advised Plaintiff "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th

1

Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  The 14-day period has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

According to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, the Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated February 18, 2022 (Doc. 9) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 24, 2022**

UNITED STATES DISTRICT JUDGE